# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARDELL COWART,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>MAURICE JUNIOUS, Warden,<br><br>　　　　Respondent. | Case No. CV 10-7177 DSF (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

　　　9/29/11

DATED: _____  *Dale S. Fischer*

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HON. DALE S. FISCHER
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1