# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARDELL COWART,<br><br>               Petitioner,<br><br>    v.<br><br>MAURICE JUNIOUS, Warden,<br><br>               Respondent. | Case No. CV 10-7177 DSF (JCG)<br><br>**JUDGMENT** |

    IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

       9/29/11

DATED: _____  *Dale S. Fischer*

                                        _____
                                          HON. DALE S. FISCHER
                                    UNITED STATES DISTRICT JUDGE